

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00022-CR

_____

RANDALL GREENOUGH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 23,424-2017

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Randall Greenough was charged in six separate indictments with four charges of aggravated sexual assault of a child and two charges of indecency with a child by sexual contact.[1] A jury found him guilty of all six offenses. As to each conviction, the jury assessed Greenough's punishment as ninety-nine years' confinement in prison, along with a $10,000.00 fine. The trial court ordered Greenough's sentences to run consecutively.

Greenough has filed a single appellate brief in which he raises common issues. First, Greenbough contends he was subjected to double jeopardy when the jury returned guilty verdicts on two offenses he maintains stemmed from the same act.[2] We addressed that issue in our cause number 06-18-00019-CR. Next, Greenbough maintains that the State's argument was egregious and the trial court's instruction to disregard its comments did not cure the alleged defect. We addressed that issue in our cause number 06-18-00020-CR. For the reasons stated therein, we affirm the trial court's judgment in this cause number.

The trial court's judgment is affirmed.

Bailey C. Moseley
Justice

Date Submitted:      June 7, 2018
Date Decided:       July 13, 2018

Do Not Publish

---

[1]In this case, the State indicted Greenough, in trial court cause number 23,424-2017, with the offense of aggravated sexual assault of a child, alleging that on July 30, 2015, Greenough "did then and there intentionally or knowingly cause the penetration of the female sexual organ of [Ginny], a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's tongue."

[2]Specifically, Greenough contends that the aggravated sexual assault conviction, as alleged in trial court cause number 22,719-2015 and that we addressed in our opinion in cause number 06-18-00019, was subsumed by the aggravated sexual assault conviction in this case.